No. 57948.—Rudy Patrick Seed Co. v. United States, protest 219203–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of *Lotus corniculatus* seeds similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

No. 57949.—D. C. Andrews & Co., Inc. v. United States, protest 193563–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

No. 57950.—Economy Trading Corp. v. United States, protest 207406–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

No. 57951.—George F. Bassett Co., Inc., et al. v. United States, protests 145288–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 20 percent under paragraph 1547 (a), and the items marked with the letter "B" at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).